UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK GARNES,<br><br>                   Plaintiff,<br><br>  -v-<br><br>PRITCHARD INDUSTRIES, INC.,<br><br>                   Defendant. | CIVIL ACTION NOS. 23 Civ. 6699 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge:

On January 29, 2024, pro se Plaintiff Mark Garnes filed a motion to "vacate, modify and correct" a November 16, 2023 arbitration award that relates to his claims in this case. (ECF No. 21 (the "Motion")). On February 5, 2024, the Court issued an Order holding in abeyance Defendant's deadline to respond to the Motion. (ECF No. 25 (the "Feb. 5 Order")). Given recent developments in another case Mr. Garnes filed against Pritchard in this Court (see Garnes v. Pritchard Indus., Inc., No. 20 Civ. 3843 (PAE) (SLC), 2024 WL 1929157 (S.D.N.Y. May 2, 2024) (dismissing case due to Mr. Garnes' failure to follow the Court's Orders and failure to prosecute his case)), the Court no longer holds briefing of the Motion in abeyance, and sets the following briefing schedule for the Motion:

1. By **May 20, 2024**, Pritchard shall file its opposition to the Motion.

2. By **June 3, 2024**, Mr. Garnes shall file his reply, if any.

All other aspects of the Feb. 5 Order remain in effect.

Dated: New York, New York
May 3, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2